UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 5:20 CR 006 |
| ) | |
| Plaintiff ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| v. ) | ORDER ACCEPTING PLEA |
| ) | AGREEMENT, JUDGMENT AND |
| TERESA WEBER, ) | REFERRAL TO U.S. PROBATION |
| ) | OFFICE |
| Defendant ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Thomas M. Parker, regarding the change of plea hearing of Teresa Weber, which was referred to the Magistrate Judge with the consent of the parties.

On January 7, 2020, the government filed a 1 count Information, charging Defendant Teresa Weber, with Bank Fraud, in violation of Title 18 U.S.C. § 1344(2). Defendant was arraigned on January 29, 2020 before Magistrate Judge Thomas M. Parker, and entered a plea of guilty to count 1 of the Information. Magistrate Judge Parker issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Weber is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Teresa Weber is adjudged guilty to count 1 of the Information, in violation of Title 18 U. S. C. § 1344(2). This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on May 20, 2020, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 21, 2020